UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDRE MATEVOUSIAN,<br><br>    Defendant. | 1:18-cv-00169-GSA-PC<br><br>ORDER DENYING REQUEST FOR FREE COPIES<br>(ECF No. 10.)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE DOCKET SHEET FOR THIS CASE |

**I.     BACKGROUND**

Mario Anton Lee ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on February 1, 2018. (ECF No. 1.)

On June 15, 2018, Plaintiff filed a request for the court to send him copies of documents from his file. (ECF No. 10.)

**II.    COPIES OF CASE DOCUMENTS**

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. The fact that the court has granted leave for Plaintiff to proceed *in forma pauperis* does not entitle him to free copies of documents from the

1

court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

Plaintiff has requested free copies from his court file, asserting that he was in transit on February 21, 2018, and did not receive a copy of his "Application," which may refer to his Complaint filed on February 1, 2018. However, according to court records, Plaintiff responded to other documents mailed to him by the court on February 5, 2018, which would have included a copy of the Complaint. Plaintiff has not shown good cause for the court to send him free copies. To request copies at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk. Plaintiff is advised that in the future, he should keep a copy of any document he submits to the court.

The Clerk shall be directed to send Plaintiff a copy of his docket sheet, so he can see what has been filed in this case. The largest document is the Complaint, which is 36 pages long.

Based on the foregoing, Plaintiff's request for free copies from his court file shall be denied.

**III. CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for free copies from his court file, filed on June 15, 2018, is DENIED; and

2. The Clerk is directed to send Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED.

Dated: **June 20, 2018**         **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE